**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| MICHAEL J. PENDLETON, | : | No. 73 WM 2018 |
| Petitioner | : | |
| v. | : | |
| MELISSA HAINSWORTH, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of August, 2018, the Application for Leave to File Original Process, the Petition for Writ of Habeas Corpus, the Application for an Immediate Hearing, and the Application for Leave to File Supplement are DISMISSED. The Prothonotary is DIRECTED to forward the filings to counsel of record.